No. 10–10325. ELLIS v. NEVADA. Sup. Ct. Nev. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 803] denied.

No. 10–10726. GREEN v. MABUS, SECRETARY OF THE NAVY. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 811] denied.

No. 10–10921. MCKINNEDY v. REYNOLDS, WARDEN. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 804] denied.

No. 10–10941. WILLIAMS v. MOORE. C. A. 8th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 804] denied.

No. 10–11038. BURNS v. COMMISSIONER OF REVENUE OF MINNESOTA. Sup. Ct. Minn. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 811] denied.

No. 10–11039. IN RE BURNS ET AL. · Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 811] denied.

No. 10–11235. HODGE v. BOARD OF COUNTY COMMISSIONERS ET AL. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 805] denied.

No. 11–5218. IN RE GRAYTON. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 811] denied.

No. 11–5707. SANDERS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 938] denied.

No. 11–5792. MORGAN v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 940] denied.

No. 11–5954. LATOS v. COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Motion of petitioner for reconsideration of